USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN NANCE,

                        Plaintiff,

-against-

NEW YORK PUBLIC INTEREST RESEARCH
GROUP FUND, INC.,

                        Defendant.

Case No. 1:18-CV-11558

WHEREAS, no party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action;

IT IS HEREBY STIPULATED AND AGREED by and between Defendant New York Public Interest Research Group Fund, Inc. and Plaintiff Kristin Nance, by and through their undersigned counsel, that the above-captioned action be and is hereby discontinued in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

                        Respectfully submitted,

SO ORDERED.

Dated: January 8, 2020
         New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

3

| | |
|---|---|
| CRUMILLER P.C.<br>222 Broadway, 19th Floor<br>New York, NY 10038<br>(212) 390-8480<br><br>By: _____<br>Susan Crumiller, Esq.<br>Chloe Liederman, Esq.<br><br>Dated: **December 2**, 2019<br><br>ATTORNEYS FOR PLAINTIFF | JACKSON LEWIS P.C.<br>666 Third Avenue, 29th Floor<br>New York, NY 10017<br>(212) 545-4021<br><br>By: _____<br>Felice B. Ekelman<br>Sarah K. Hook<br><br>Dated: 1/7, ~~2019~~ 2020<br><br>ATTORNEYS FOR DEFENDANT |

4824-6922-0526, v. 1